**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., <br>    an Indiana corporation, <br><br>    Plaintiff/Counter-Defendant, <br><br> v. <br><br> COBB MECHANICAL CONTRACTORS, INC., <br>    a Colorado corporation, <br><br> and <br><br> LIBERTY MUTUAL INSURANCE COMPANY, <br>    a Massachusetts corporation, <br><br>    Defendants/Counter-Plaintiffs. | Case No. 1:17-cv-00215-LY <br><br> Honorable Lee Yeakel |

## **NOTICE OF JOINDER**

Plaintiff Hunt Construction Group, Inc. hereby joins in Defendant Cobb Mechanical Contractors, Inc.'s Motion to Approve E-Discovery Protocol [Dkt. 50] and Reply Brief in Support of its Motion to Approve E-Discovery Protocol [Dkt. 52] for all of the reasons set forth therein.

Date: August 17, 2017

                                                Respectfully submitted,

                                                By: */s/ Casey Low*
                                                Casey Low
                                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                                401 Congress Avenue
                                                Suite 1700
                                                Austin, Texas 78701
                                                (512) 580-9616
                                                casey.low@pillsburylaw.com

                                                Steven G.M. Stein (*admitted pro hac vice*)
                                                C. Steven Tomashefsky (*admitted pro hac vice*)

        Andrew J. Donivan (*admitted pro hac vice*)
        STEIN RAY LLP
        222 West Adams St.
        Suite 1800
        Chicago, Illinois 60606
        (312) 641-3700
        sstein@steinraylaw.com
        stomashefsky@steinraylaw.com
        adonivan@steinraylaw.com

        **ATTORNEYS FOR PLAINTIFF**
        **HUNT CONSTRUCTION GROUP, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Joinder was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service in the above- referenced case, are being served this 17th day of August 2017, with a copy of the above-document via the Court's CM/ECF System.

                                                      */s/* Casey Low
                                                         Casey Low